Argued and submitted January 4, resubmitted In Banc October 9, affirmed
December 11, 1991

STEVEN W. WALLACE,
*Appellant,*

*v.*

R. L. WRIGHT,
*Respondent.*

(CV 90-297; CA A65837)

822 P2d 726

Wade P. Bettis, Jr., La Grande, argued the cause for appellant. With him on the brief was Bettis & Ricker, P.C., La Grande.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

PER CURIAM

Buttler, J., dissenting.

**BUTTLER, J.**

I dissent for the reasons stated in my dissent in *Boone v. Wright*, 110 Or App 281, 822 P2d 719 (1991).

Rossman, Edmonds and Durham, JJ., join in this dissent.